CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 06 2020

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| S. TRAVIS SHREWSBURY, et al., | ) |
| Plaintiffs | ) Civil Action No. 7:18cv467 |
| v. | ) |
| DAVID F. WILLIAMS, | ) By: Hon. Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant | ) |

## ORDER

As set forth in the accompanying memorandum opinion, defendant David F. Williams's motion for summary judgment, ECF No. 54, is **GRANTED**. Plaintiffs Travis Shrewsbury and Waneta McKinney's motion for summary judgment, ECF No. 56, is **DENIED**. Summary judgment is entered for defendant on all causes of action brought by plaintiffs. Plaintiffs' motion to strike, ECF No. 67, is **DENIED as moot**.

It is so **ORDERED**.

Entered: 02-06-2020

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge